David **MEADOR**, Appellant,

v.

**John T. PAULSON and Lee Grossman**, Appellees.

No. 10–1481.

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2010.

Filed: July 16, 2010.

David Meador, Bismarck, ND, pro se.

Douglas Alan Bahr, Solicitor, Attorney General's Office, argued, Bismarck, ND, for John T. Paulson.

John T. Paulson, Letnes & Marshall, argued, Grand Forks, ND, for Lee Grossman.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

David Meador appeals the dismissal of his 42 U.S.C. § 1985 action against a state prosecutor and state court judge. We conclude that the district court[1] did not abuse its discretion in electing to abstain under *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), because at the time of the court's order, a state criminal proceeding against Meador was ongoing; the proceeding implicated the important state interest of enforcing its criminal laws; and Meador can (and did) raise his constitutional claim in that proceeding. *See Yamaha Motor Corp., U.S.A. v. Stroud,* 179 F.3d 598, 602 (8th Cir.1999) (standard of review); *Norwood v. Dickey,* 409 F.3d 901, 903 (8th Cir.2005) (factors warranting abstention). We reject Meador's arguments that an exception to *Younger* applied, or that the district court improperly applied a heightened standard of review to his pro se complaint. Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The HONORABLE RALPH R. ERICKSON, Chief Judge of the United States District Court for the District of North Dakota.